UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK MOREHOUSE

VERSUS

EDWARD JACKSON, ET AL

CIVIL ACTION

NO. 06-775-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 15, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for summary judgment filed by plaintiff, Mark Morehouse, is denied.

Baton Rouge, Louisiana, October 21, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA