UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK MOREHOUSE

VERSUS

EDWARD R. JACKSON, ET AL

CIVIL ACTION

NUMBER 06-775-RET-SCR

**ORDER**

In response to a request from the court, counsel for the parties advised the court that the related state court proceedings have been concluded.

Therefore;

IT IS ORDERED that the defendants shall have until March 31, 2010 to file a supplemental memorandum in support of their pending Motion to Dismiss/Motion for Summary Judgment.[1]  Plaintiff shall file any response with in the time allowed by the local rules.

Baton Rouge, Louisiana, March 10, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 32.